# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT THOMPSON CONSTRUCTION, INC.,<br><br>Defendant. | Case No. 4:19-cv-03631-JST (KAW)<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFFS**<br><br>Re: Dkt. No. 24 |

On December 12, 2019, Plaintiffs filed a motion for default judgment. (Dkt. No. 21.) On December 13, 2019, the motion was referred to the undersigned for report and recommendation. On December 18, 2019, the undersigned ordered that if no opposition was filed, Plaintiffs were to file a proposed order that "shall be structured as outlined in Attachment A below and include all relevant legal authority and analysis necessary to establish the case" by January 2, 2020. (Dkt. No. 24.) To date, Plaintiffs have not filed the required proposed order. Accordingly, the Court ORDERS Plaintiffs to show cause, by **January 17, 2020**, why the motion should not be denied by: (1) filing the required proposed order, and (2) explaining why they failed to comply with the Court's order.

Additionally, the January 16, 2020 hearing on the motion for default judgment is continued to February 6, 2020 at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California.

Plaintiffs shall serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated: January 7, 2020

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge